IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13cv145

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>$21,951.00 in U.S. CURRENCY, et al, )<br>)<br>Defendant. )<br>_____ ) | **ORDER** |

Pending before the Court is the Motion to Stay [# 12] filed by Claimant Tina Tomes. Claimant is represented by counsel. The Court **STRIKES** the Motion to Stay [# 12] for failure to comply with the requirements of the Local Rules, which require the filing of a motion and a separate legal brief filed contemporaneously with the motion. LCvR 7.1(C).

Signed: October 25, 2013

Dennis L. Howell
United States Magistrate Judge