THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00145-MR-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>$21,951.00 IN UNITED STATES )<br>CURRENCY; )<br>)<br>$4,718.00 IN UNITED STATES )<br>CURRENCY; )<br>)<br>BANK OF AMERICA ACCOUNT )<br>NUMBER xxxxxxxx2339, Valued at )<br>$18,616.17; )<br>)<br>2013 CHEVROLET MALIBU VIN: )<br>1G11D5SR9DF154364; and )<br>)<br>TAURUS 650 CIA .357 CALIBER )<br>REVOLVER, SN: XC66850 WITH )<br>FIVE (5) ROUNDS OF AMMUNITION, )<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss [Doc. 18].

For the reasons stated in the Government's Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss [Doc. 18] is **GRANTED**, and this civil action is hereby **DISMISSED**.

**IT IS FURTHER ORDERED** that the Government shall return the following properties to the entities or persons from whom they were seized:

> **$21,951.00 in United States Currency**
>
> **2013 Chevrolet Malibu VIN: 1G11D5SR9DF154364**
>
> **Taurus 650 CIA .357 Caliber Revolver, SN: XC66850 with five (5) rounds of ammunition**

**IT IS SO ORDERED.**

Signed: October 15, 2014

Martin Reidinger
United States District Judge