# United States District Court
## Western District of North Carolina
## Asheville Division

| | | |
|---|---|---|
| United States of America, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiffs, | ) | 1:13-cv-00145-MR-DLH |
| | ) | |
| vs. | ) | |
| | ) | |
| $21,951.00 IN UNITED STATES CURRENCY; | ) | |
| $4,718.00 IN UNITED STATES CURRENCY; | ) | |
| BANK OF AMERICA ACCOUNT NUMBER   xxxxxxxx2339, Valued at $18,616.17; | ) | |
| 2013 CHEVROLET MALIBU VIN: 1G11D5SR9DF154364; and | ) | |
| TAURUS 650 CIA .357 CALIBER REVOLVER, SN: XC66850 WITH FIVE (5) ROUNDS OF AMMUNITION, | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 15, 2014 Order.

October 15, 2014

Frank G. Johns, Clerk
United States District Court